**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000692**
**10-AUG-2022**
**07:55 AM**
**Dkt. 28 OAWST**

NO. CAAP-21-0000692

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE REVOCABLE TRUST OF ALICE YAEKO TOKUNAGA, DATED APRIL 4, 1984, AS AMENDED

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(TRUST NO. 2CTR-21-000004)

ORDER APPROVING STIPULATION TO DISMISS
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the August 5, 2022 Stipulation for Dismissal of Appeal (Stipulation) filed by Respondents-Appellants Curt Tokunaga and Scott Tokunaga (Appellants), the papers in support, and the record, it appears that: (1) the appeal has not been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(a), the parties stipulate to dismiss the appeal with prejudice and payment of attorneys' fees and costs will be governed by the parties' settlement agreement approved by the probate court on July 27, 2022 and August 5, 2022; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. Payment of attorneys' fees and costs shall be

governed by the parties' settlement agreement approved by the probate court on July 27, 2022 and August 5, 2022.

DATED:  Honolulu, Hawaiʻi, August 10, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge